JULIE COOPER *v.* JOAN CAVALLARO
(AC 24568)

Schaller, Flynn and Peters, Js.

Argued November 29—officially released December 21, 2004

Per Curiam. The judgment is affirmed.

RICHARD B. TAYLOR ET AL. *v.* AMERICAN TRUST &
MORTGAGE, LLC, ET AL.
(AC 24757)

Dranginis, Flynn and DiPentima, Js.

Submitted on briefs December 2—officially released December 21, 2004

Per Curiam. The judgment is affirmed.

OLD KENT MORTGAGE COMPANY *v.* RAFAEL A.
TORRELLAS ET AL.
(AC 24743)

Lavery, C. J., and Bishop and Hennessy, Js.

Submitted on briefs December 2—officially released December 21, 2004

Per Curiam. The judgment is affirmed.